# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **PNC BANK NATIONAL ASSOCIATION,** | }<br>}<br>} |
| Plaintiff, | }<br>} |
| v. | Case No.:  5:13-CV-00796-TMP |
| **KENNEDY-KENNEDY LLC, and DONALD W. KENNEDY,** | }<br>}<br>}<br>} |
| Defendants. | } |

## ORDER

On August 9, 2013, the Magistrate Judge' Report and Recommendation was entered and the parties were allowed fourteen days in which to file objections to the recommendations made by the Magistrate Judge.  No objections have been filed by either party.

After careful consideration of the record in this case and the Magistrate Judge' Report and Recommendation, the court hereby **ADOPTS** the Report of the Magistrate Judge.  The court further **ACCEPTS** the Recommendations of the Magistrate Judge and it is, therefore, **ORDERED**, **ADJUDGED** and **DECREED** that PNC Bank National Association's Motion for Default Judgment (Doc. # 10) is **DENIED**.

This case is returned to the Magistrate Judge for further proceedings.

**DONE** and **ORDERED** this ____16th____ day of September, 2013.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE